UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT )<br>  )<br>            Plaintiff, )<br>  )<br>     v. )<br>  )<br>THE UNITED STATES DEPARTMENT )<br>OF AGRICULTURE, )<br>  )<br>            Defendant. )<br>_____ ) | Civil Action No. 18-2070 (DLF) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiffs White Coat Waste Project and Defendant United States Department of Agriculture stipulate and agree to dismissal of this action with prejudice.

Dated: May 6, 2019          Respectfully submitted,

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Matthew Kahn*
MATTHEW KAHN
Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-6718
Matthew.Kahn@usdoj.gov

*Attorney for Defendant*

2

Dated: May 6, 2019               LAW OFFICE OF MATTHEW STRUGAR

                                 By: */s/ Matthew Strugar*
                                 Matthew Strugar
                                 3435 Wilshire Blvd., Suite 2910
                                 Los Angeles, CA 90010
                                 Phone: (323) 696-2299
                                 Email: matthew@matthewstrugar.com

                                 Attorney for Plaintiff
                                 White Coat Waste Project

2